IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal No. 1:13-cr-310 |
| v. | ) | |
| | ) | |
| EDWIN GERARDO FIGUEROA SEPULVEDA, et. al, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

The United States of America, by and through its counsel, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Leslie Caldwell, Assistant Attorney General, Criminal Division, Michael P. Ben'Ary, Assistant United States Attorney, and Stacey Luck, Special Counsel, Human Rights and Special Prosecutions, hereby notifies the Court and counsel for the defendants of the government's filing of the attached translated Colombian Time Served and Delivery documents and Certificate of Translation. The extradition agreement between the United States and the Republic of Colombia requires the filing of these documents.

                                                Respectfully submitted,
                                                Dana J. Boente
                                                United States Attorney

By:    /s/_____
          Michael P. Ben'Ary
          Attorney for the United States of America
          United States Attorney's Office
          Justin W. Williams U.S. Attorney's Office
          2100 Jamieson Avenue
          Alexandria, Virginia 22314

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice has been filed with the Clerk of Court on this 18th day of February 2015, and that true and accurate copies have been transmitted electronically to:

Todd M. Richman
Office of the Federal Public Defender
1650 King St., Suite 500
Alexandria, VA 22314
(703) 600-0800
Email: Todd_Richman@fd.org

Donald Edwin Harris
Harris Law Firm
2815 Duke St.
Alexandria, VA 22314
(703) 224-8810
dharris.esq3@gmail.com

John C. Kiyonaga
The Law Office of John C. Kiyonaga
108 North Alfred St.
Alexandria, VA 22314
(703) 739-0009
john@johnckiyonaga.com

Douglas Adrien Steinberg
107 North Payne St.
Alexandria, VA 22314
(703) 683-5328
dasteinberg@comcast.net

Sandi S. Rhee
1712 N St., N.W.
Washington, DC 20036
(202) 450-6125
sandirheelaw@gmail.com

Lana Marie Manitta
Rich Rosenthal Brincefiled Manitta Dzubin & Kroeger LLP
201 N. Union St.. Suite 230
Alexandria, VA 22314
(703) 299-3440
lmmanitta@rrbmdk.com

Andrew Michael Stewart
Dennis & Stewart, PLLC
2045 N. 15th Street
Arlington, VA  22201
(888) 666-0512
andrew.m.stewart.esq@gmail.com

By:    /s/
Michael P. Ben'Ary
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314